UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES J. KIM, in individual and representative capacity as trustee of James J. Kim Revocable Trust dated 12-29-2018; IMAD REZKO; and Does 1-10,<br><br>　　　　　Defendants. | Case No. CV 20-00572-AB (JEMx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

*//*

*//*

*//*

*//*

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 9, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE